**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **PHERAH LLC,** <br><br> Plaintiff, <br><br> **v.** <br><br> **STITCH LABS, INC.,** <br><br> Defendant. | C.A. NO. <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, of the Federal Rules of Civil Procedure, Pherah LLC ("Pherah"), states that it is a limited liability company.  It does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| Dated: November 20, 2017 | Respectfully submitted, |

*/s/Stamatios Stamoulis*
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540

Papool S. Chaudhari
(*Pro Hac Vice* application pending)
Chaudhari Law, PLLC
P.O. Box 1863
Wylie, Texas 75098
Phone: (214) 702-1150
Fax: (214) 705-3775
Papool@ChaudhariLaw.com

**ATTORNEYS FOR PLAINTIFF
PHERAH LLC**