IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PHERAH LLC,                    )
                              )
            Plaintiff,         )
                              )
      v.                       )     C.A. No. 17-1681 (RGA)
                              )
STITCH LABS, INC.,             )
                              )
            Defendant.         )

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendant to move, answer, or otherwise respond to the complaint should be extended until January 12, 2018.  The reason for this requested extension is to allow counsel for defendant additional time to investigate the allegations set forth in plaintiff's complaint, consult with their clients, and consider an appropriate response.  No party will be prejudiced by this extension.

STAMOULIS & WEINBLATT LLC                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stamatios Stamoulis*                     */s/ Jack B. Blumenfeld*

_____              _____
Stamatios Stamoulis (#4606)                  Jack B. Blumenfeld (#1014)
Richard C. Weinblatt (#5080)                 1201 North Market Street
Two Fox Point Centre                         P.O. Box 1347
6 Denny Road, Suite 307                      Wilmington, DE  19899
Wilmington, DE  19809                        (302) 658-9200
(302) 999-1540                               jblumenfeld@mnat.com
stamoulis@swdelaw.com
weinblatt@swdelaw.com                        *Attorneys for Defendant*

*Attorneys for Plaintiff*

OF COUNSEL:

Papool S. Chaudhari
CHAUDHARI LAW, PLLC
P.O. Box 1863
Wylie, TX 75098
(214) 702-1150

OF COUNSEL:

Brian R. Michalek
OLSON & CEPURITIS, LTD.
20 N. Wacker Dr., Fl. 36
Chicago, IL 60606
(312) 580-1180


SO ORDERED this _____ day of December 2017.


_____
                                                J.